UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:15-cr-00018-RLY-CMM-02 |
| ) | |
| DUGNIQIO FOREST, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Mr. Forest has been released from incarceration. Accordingly, the court **DENIES** his Motion to Reduce Sentence (Filing No. 88) **AS MOOT**, **without prejudice** to it being timely refiled if he disagrees it is moot. In addition, Jacob Leon's Motion to Withdraw Attorney Appearance (Filing No. 91) is **GRANTED**.

**IT IS SO ORDERED** this 10th day of January 2024.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record

Dugniqio Forest
1830 Judson Street
Evansville, IN  47713